JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHARON A. HART, | CV 13-1160 ABC (ANx) |
| Plaintiff, | [~~PROPOSED~~] JUDGMENT |
| v. | |
| PATRICK R. DONAHOE, POSTMASTER GENERAL UNITED STATES POSTAL SERVICE, PACIFIC AREA, | |
| Defendant. | Hon. Audrey B. Collins |

Pursuant to the September 9, 2013, Order granting Postmaster Patrick R. Donahoe's Motion to Dismiss,

IT IS ADJUDGED that the action is DISMISSED WITH PREJUDICE.

DATE: September 23, 2013

_____

Honorable Audrey B. Collins

United States District Court Judge